UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 (Subchapter V) |
| CHENAB LLC, | Case No. 26-44398-ess |
| Debtor. | |

-------------------------------------------------------x

**CHAPTER 11 -- SUBCHAPTER V**
**<u>ORDER SCHEDULING CASE MANAGEMENT CONFERENCE</u>**

**WHEREAS**, on September 20, 2026, CHENAB LLC (the "Debtor") filed a voluntary petition for relief under Subchapter V of Chapter 11 of the Bankruptcy Code; and

**WHEREAS**, the Court has determined that a case management conference will aid in the efficient conduct and proper administration of the case; it is hereby

**ORDERED**, that the Court will hold a case management conference pursuant to Bankruptcy Code Section 1188 on November 12, 2026, at 10:30 a.m., before Hon. Elizabeth S. Stong, at the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Courtroom 3585, Brooklyn, NY 11201, to further the expeditious and economical resolution of this case; and it is further

**ORDERED**, that the Debtor, any Debtor's counsel, and the Subchapter V Case Trustee are directed to appear at the initial case management conference; and it is further

**ORDERED**, that the Debtor, any Debtor's counsel, and the Subchapter V Case Trustee shall be prepared to address the following matters:

1. the nature of the Debtor's business and the reason for the Subchapter V Chapter 11 filing;
2. the Debtor's current financial condition, including post-petition operations and revenue;
3. any debtor-in-possession financing;

4. the use of cash collateral;
5. any significant motions which the debtor anticipates bringing before the Court including, but not limited to, sale motions;
6. matters relating to the retention of professionals (including any brokers or appraisers);
7. the status of any litigation involving the Debtor;
8. the status of the Debtor's insurance;
9. the deadlines for the filing of claims and a plan and disclosure statement;
10. the use of alternative dispute resolution, if appropriate;
11. if this is an individual case, all issues unique to individual chapter 11 cases;
12. the scheduling of additional Case Management Conferences; and
13. any other case administrative matters;

and it is further

**ORDERED**, that the Debtor, any Debtor's counsel, and the Subchapter V Case Trustee shall be prepared to address the following additional matters:

1. the Debtor's eligibility to be a debtor under Subchapter V of Chapter 11;
2. the nature of the Debtor's commercial or business activity and the reason for the Subchapter V Chapter 11 filing;
3. compliance with Bankruptcy Code Section 1116; and
4. compliance with Bankruptcy Code Section 308;

and it is further

**ORDERED**, that the Debtor shall file and serve on the Subchapter V Case Trustee, the United States Trustee, and all other parties in interest, a report setting forth "the efforts the debtor has undertaken and will undertake to attain a consensual plan of reorganization," as required by Bankruptcy Code Section 1188(c), by October 29, 2026; and it is further

**ORDERED**, that a schedule for regular case management conferences may be set at the November 12, 2026, initial case management conference.

**Dated: Brooklyn, New York**
**September 23, 2026**

Elizabeth S. Stong
United States Bankruptcy Judge

TO:

**CHENAB LLC**
c/o TJ CAB MANAGEMENT, LLC
3602 21ST STREET
Astoria, NY 11106

**Karamvir Dahiya**
Dahiya Law Offices LLC
111 John Street
Ste 1860
New York, NY 10038

***Trustee***
**Yann Geron, Esq.**
Geron Legal Advisors LLC
370 Lexington Avenue
Suite 1101
New York, NY 10017

**Office of the United States Trustee**
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004