**ELLEN M. WALKER & ASSOCIATES, P.C.**
**Attorneys for BGW Assets LLC**
**136 Madison Avenue, Suite 501**
**New York, New York 10016**
**Telephone: (917) 841-9031**
**Raymond J. Cardinali (RC-1297)**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CHENAB LLC,<br><br>Debtor. | **Case No. 26-44398-ess**<br><br>**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS** |

**PLEASE TAKE NOTICE** that BGW Assets LLC (the "Creditor"), by and through its counsel, Ellen M. Walker & Associates, P.C., hereby appears in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests, pursuant to Bankruptcy Rules 2002 and 9007 and Section 342 of the Bankruptcy Code, that copes of all notices and pleadings given or filed in the above-captioned case be given and served upon the person listed below at the following address and telephone number:

Raymond J. Cardinali, Esq.
Ellen M. Walker & Associates, P.C.
136 Madison Avenue, Suite 501
New York, New York 10016
Telephone: (917) 841-9031
rcardinali@walkerlaw747.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notice and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned case and proceeding therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the right of the Creditor: (1) to have final orders in noncore matters entered only after de novo review by a District Judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) or any other rights, claims, actions, defenses, setoffs, or recoupments to which the Creditor is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Creditor expressly reserves.

Dated: New York, New York
October 3, 2026

ELLEN M. WALKER & ASSOCIATES, P.C.
Attorneys for BGW Assets LLC

By: /s/ Raymond J. Cardinali ___________
Raymond J. Cardinali (RC-1297)
136 Madison Avenue, Suite 501
New York, New York 10016
Telephone: (917) 841-9031